■ ASSOCIATED BUILDERS AND CONTRACTORS, INC., et al., Appellants, v CITY OF ROCHESTER, Respondent, and ROCHESTER BUILDING TRADES COUNCIL, by CHRISTOPHER J. FARRELL, as President and on Behalf of All Building Trades Employees of

Member Unions of the Rochester Building Trades Council, Intervenor-Respondent. — Judgment unanimously modified, on the law, to declare, for the reasons stated at Special Term, ordinance 82-450 constitutional and, as modified, affirmed, without costs. (Appeal from judgment of Supreme Court, Monroe County, John J. Conway, J. — declaratory judgment.) Present — Hancock, Jr., J. P., Callahan, Doerr, Green and Moule, JJ.